# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

J & L MANAGEMENT CORPORATION OF OHIO, an Ohio Corporation

v.

BARAT WOODS, L.L.C., BULLEY & ANDREWS, L.L.C., HARRIS, N.A., and UNKNOWN OWNERS, TRUSTEES, LENDERS, and LIEN CLAIMANTS

Case Number:

FILED STAMP: APRIL 9, 2008
08CV2016 J. N.
JUDGE LEFKOW
MAG. JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff J & L MANAGEMENT CORPORATION

| | |
|---|---|
| NAME (Type or print) | |
| Robert A. Cohen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Robert A. Cohen | |
| FIRM | |
| David A. Axelrod & Associates, P.C. | |
| STREET ADDRESS | |
| 20 S. Clark Street, Suite 2200 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6223871 | (312) 782-4600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |