# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

J & L MANAGEMENT CORPORATION OF OHIO, an Ohio Corporation
v.
BARAT WOODS, L.L.C., BULLEY & ANDREWS, L.L.C., HARRIS, N.A., and UNKNOWN OWNERS, TRUSTEES,

Case Number:

FILED STAMP: APRIL 9, 2008
08CV2016 J. N.
JUDGE LEFKOW
MAG. JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff J & L MANAGEMENT CORPORATION

| | |
|---|---|
| **NAME (Type or print)**<br> David A. Axelrod | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br> s/ David A. Axelrod | |
| **FIRM**<br> David A. Axelrod & Associates, P.C. | |
| **STREET ADDRESS**<br> 20 S. Clark Street, Suite 2200 | |
| **CITY/STATE/ZIP**<br> Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br> 6187092 | **TELEPHONE NUMBER**<br> (312) 782-4600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐