## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2016   Assigned/Issued By: j. n.

Judge Name: LEFKOW   Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

Amount Due: ☒ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2682186

Date Payment Rec'd: 4-9-08   Fiscal Clerk: J. N.

---

### ISSUANCES

☒ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   _____
   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Writ _____   ☐ Other _____
   *(Type of Writ)*   *(Type of issuance)*

4  Original and  0  copies on  4-9-08  as to  BARAT WOODS, L.L.C.;
   *(Date)*
BULLEY & ANDREWS, L.L.C. ; HARRIS N. A. ( 2 DIFFERENT ADDRESSES)