AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J & L MANAGEMENT CORPORATION OF OHIO, an Ohio Corporation,

V.

BARAT WOODS, L.L.C., an Illinois Limited Liability Company, BULLEY & ANDREWS, L.L.C., an Illinois Limited Liability Company, HARRIS, N.A., a Delaware Corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS & LIEN CLAIMANTS

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

08CV2016
JUDGE LEFKOW
MAG. JUDGE BROWN

TO: (Name and address of Defendant)

HARRIS, N.A.
c/o Linda L. Ochwat - Registered Agent
111 W. Monroe Street
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, IL 60603
(312) 782-4600

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

April 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>April 11, 2008 |
| NAME OF SERVER *(PRINT)* Yassmeen Saleh | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: c/o Linda L. Ochwat - Registered Agent, 111 W. Monroe Street, Chicago, IL 60603

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-11-08
            Date

*Signature of Server* /s/ Yassmeen Saleh

20 S. Clark Street, Suite 2200, Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.