AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

J & L MANAGEMENT CORPORATION OF OHIO, an Ohio Corporation,

V.

BARAT WOODS, L.L.C., an Illinois Limited Liability Company, BULLEY & ANDREWS, L.L.C., an Illinois Limited Liability Company, HARRIS, N.A., a Delaware Corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS & LIEN CLAIMANTS

CASE NUMBER: 08CV2016

ASSIGNED JUDGE: JUDGE LEFKOW

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE BROWN

TO: (Name and address of Defendant)

HARRIS, N.A.
c/o Tom Porzak
333 Park Avenue
Glencoe, IL 60022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, IL 60603
(312) 782-4600

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**April 10, 2008**
_____
Date

08CV2016

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  April 11, 2008 |
| NAME OF SERVER *(PRINT)*  Jeff Brown | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: Harris, N.A. c/o Tom Porzak - service was accepted by Santa Castro at 333 Park Ave., Glencoe, Il. at 11:15a.m.

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 11, 2008
            *Date*

*Signature of Server*  [signature: Jeff Brown]

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.