**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 2016 |
| | ) | |
| BARAT WOODS, LLC, et al., | ) | Judge Lefkow |
| | ) | |
| Defendants. | ) | |

**BARAT WOODS, LLC MOTION FOR AN EXTENSION**
**OF TIME TO FILE ITS ANSWER OR OTHERWISE PLEAD**

Defendant Barat Woods, LLC, by and through his attorneys, for its motion for an extension of time to answer or otherwise plead, states as follows:

1.     Defendant Barat Woods, LLC was served with summons on April 11, 2008, with its answer or responsive pleading due May 1, 2008.

2.     Barat Woods, LLC retained attorneys Donald L. Johnson and Julie A. Boynton on April 24, 2008 and they have not had time to analyze the matter to enable them to file a response to the complaint.

3.     Counsel needs time to review the matter and prepare its answer or responsive pleading.

4.     No prejudice will be suffered by any party if this motion is granted.

**WHEREFORE** Defendant Barat Woods, LLC prays that this Court grant an extension to May 27, 2008 to answer or otherwise plead to the complaint.

                                        BARAT WOODS, LLC,


                                        By:      s/Donald L. Johnson
                                             One of Its Attorneys

Donald L. Johnson (1342460)
Julie A. Boynton (6224529)
33 North Dearborn Street, Suite 1401
Chicago, Illinois 60602
(312) 263-7000