## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   08 C 2016 ) |
| BARAT WOODS, LLC, et al., | )   Judge Lefkow ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:  David A. Axelrod
     Robert Alan Cohen
     David A. Axelrod & Associates P.C.
     20 South Clark Street
     Suite 2200
     Chicago, IL 60603
     (312) 782-4600

**PLEASE TAKE NOTICE** that on the **6th** day of **May 2008,** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Lefkow,** or any judge sitting in her stead, in **Room 1925**, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there present **BARAT WOODS, LLC MOTION FOR AN EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

                                            By:    s/ Donald L. Johnson
                                                   One of Its Attorneys

Donald L. Johnson (ARDC NO. 1342460)
Julie A. Boynton (ARDC NO. 6224529)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

### CERTIFICATE OF SERVICE

I hereby certify that on **April 28, 2008**, I caused to be electronically filed this **Notice** and **BARAT WOODS, LLC MOTION FOR AN EXTENSION OF TIME TO FILE ITS ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the above attorneys.

                                                   s/ Liz Daleccio