**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **J & L MANAGEMENT CORPORATION OF OHIO,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.    08 C 2016 |
| **BARAT WOODS, LLC, et al.** | ) ) ) | Judge: Lefkow |
| Defendants. | ) ) | |

### MOTION OF DEFENDANT BULLEY & ANDREWS, LLC. TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, **BULLEY & ANDREWS, LLC** ("B&A"), by their attorney, JOHN F. ETZKORN, request this Honorable Court to extend, through and including July 18, 2008 the time in which B&A may file its answer or other response to the Complaint of Plaintiff, **J & L MANAGEMENT CORPORATION OF OHIO** ("J&L").  In support of their Motion, Plaintiffs state as follows:

1.      This case was filed on April 9, 2008.

2.      B&A was served on or about April 15, 2008.

3.      B&A is the general contractor on a project the demolish certain structures and develop certain real property in Lake Forest, Illinois which was formerly the site of Barat College.

4.      J&L is B&A's demolition subcontractor engaged to demolish certain structures on the site preparatory to development of the total project.

5.      **BARAT WOODS, LLC** ("Barat") is the Owner/Developer of the real property.

6.    Barat owes amounts to B&A as general contractor not only for work performed by B&A but also for that of J&L and others working on the project.

7.    Barat has, on information and belief, just been granted a municipal approval to demolish a certain historic church on the site of the project, which approval was critical to obtaining further financing to complete the project.

8.    Barat has requested B&A to additional time to obtain that further financing and indicated payment will be made of all amounts due and owing when the financing is obtained, which will allow B&A to pay J&L and the others who are currently unpaid.

9.    Negotiations are currently underway between counsel for B&A, Barat, and J&L for possible progress payments during the period until financing can be finalized, and also discussions on a possible offset issue regarding a portion of J&L's work.

10.    B&A hopes and believes that all the outstanding issues, including payment, financing, and offsets, can be negotiated to resolution if an additional 60 days is allowed prior to requiring it to come to issue in this case.

WHEREFORE, B&A requests this Court to extend, through and including July 18, 2008, the time in which B&A may file its answer or other response to the Complaint of J&L

BULLEY & ANDREWS, LLC,

By:_____ s/ John F. Etzkorn_____
                    Their Attorney

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415