IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.   08 C 2016 |
| BARAT WOODS, LLC, et al. | ) ) ) ) | Judge: Lefkow |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:

David A. Axelrod
Robert Alan Cohen
David A. Axelrod & Associates P.C.
20 South Clark Street, Suite 2200
Chicago, IL  60603

**PLEASE TAKE NOTICE THAT** on, May 20, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lefkow or any Judge sitting in her stead, in Room 1925 of the Federal District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present Motion of Defendants Bulley & Andrews, LLC. To Extend time to Answer or Otherwise Plead, a copy of which is attached and served upon you.

By:_____s/ John F. Etzkorn_____
One of Its Attorneys

JOHN F. ETZKORN
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, IL  60604
(312) 236-0415

## CERTIFICATE OF SERVICES

I hereby certify that on May 5, 2008 he electronically filed the attached, Notice of Motion and Motion of Defendants Bulley & Andrews, LLC. To Extend time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the above attorneys.

_____s/ John F. Etzkorn_____