### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, an Ohio corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARAT WOODS, L.L.C., an Illinois limited liability company, BULLEY & ANDREWS, L.L.C. an Illinois limited liability company, HARRIS N.A., a Delaware corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS, )<br>)<br>Defendants. ) | No.   08 CV 2016<br><br>Judge Joan Humphrey Lefkow<br>Magistrate Judge Brown |

**NOTICE OF WITHDRAWAL OF J & L MANAGEMENT CORPORATION OF OHIO'S MOTION TO RECONSIDER AND VACATE THIS COURT'S ORDER OF MAY 16, 2008 EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

Plaintiff, J & L MANAGEMENT CORPORATION OF OHIO, by its attorneys, DAVID A. AXELROD and ROBERT A. COHEN, hereby WITHDRAWS its Motion To Reconsider and Vacate This Court's Order of May 16, 2008 Extending Time To Answer Or Otherwise Plead, presently set for hearing on May 22, 2008 before this Court.

J & L MANAGEMENT CORPORATION
OF OHIO

By: /s/ Robert A. Cohen
One of Its Attorneys

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600