**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, an Ohio corporation, </br></br>   Plaintiff, </br></br> v. </br></br> BARAT WOODS, L.L.C., an Illinois limited liability company, BULLEY & ANDREWS, L.L.C. an Illinois limited liability company, HARRIS N.A., a Delaware corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS, </br></br>   Defendants. | No.   08 CV 2016 </br></br> Judge Joan Humphrey Lefkow </br></br> Magistrate Judge Brown |

**CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned certifies that a copy of this **NOTICE** was served on the herein listed attorneys by:

Mr. Donald L. Johnson
Ms. Julie A. Boynton
Donald L. Johnson, P.C.
_____
Mr. Joseph T. Gentleman
Joseph T. Gentleman & Associates
33 N. Dearborn Street, Suite 1401
Chicago, IL 60603
(312) 263-7000
(312) 263-3051 (Fax)

Mr. John F. Etzkorn
Arnold & Kadjan
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415
(312) 341-0438 (Fax)

____  Hand delivering same to the above attorneys at the above addresses;

____  Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

__X__  Transmitting same to the above attorneys via facsimile;

____  Submitting same via overnight courier; or

__X__  Serving same pursuant to Electronic Case Filing

on this   __20TH__   day of   __May__, 2008.

By: _____/s/ Robert A. Cohen_____

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600