**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 08 C 2016 |
| BARAT WOODS, LLC, et al., | ) ) | Judge Lefkow |
| Defendants. | ) | |

**AGREED MOTION FOR LEAVE TO PRESENT AN AGREED ORDER**

NOW COMES Barat Woods, LLC by and through its attorneys and for its Agreed Motion for Leave to Present an Agreed Order states as follows:

1. On May 15, 2008, Barat Woods LLC was granted until May 27, 2008 to file its answer or responsive plead.

2. On May 16, 2008, Bulley & Andrews LLC was given until July 18, 2008 to plead to the complaint.

3. Because the parties are actively involved in settlement discussions Barat Woods LLC seeks to have its time to plead extended to the same date as Bulley & Andrews LLC. Counsel for the Plaintiff and Bulley & Andrews LLC have agreed it would have the same time to plead as Bulley & Andrews LLC, July 18, 2008.

**WHEREFORE** Defendant Barat Woods, LLC prays that the Court grant the request made in this motion and the proposed Agreed Order attached be entered.

| BARAT WOODS, LLC, | BULLEY & ANDREWS, LLC, | J & L MANAGEMENT CORPORATION OF OHIO |
|---|---|---|
| By: s/Donald L. Johnson | By: s/John F. Etzkorn | By: s/Robert A. Cohen |
| Donald L. Johnson | John F. Etzkorn | David A. Axelrod |
| Joseph T. Gentleman | Arnold & Kadjan | Robert A. Cohen |
| Julie A. Boynton | 19 West Jackson Blvd. | David A. Axelrod & Associates P.C. |
| 33 North Dearborn Street | Suite 300 | 20 South Clark Street |
| Suite 1401 | Chicago, Illinois 60604 | Suite 2200 |
| Chicago, Illinois 60602 | (312) 236-0415 | Chicago, Illinois 60603 |
| (312) 263-7000 | | (312) 782-4600 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 08 C 2016 |
| BARAT WOODS, LLC, et al., | ) ) | Judge Lefkow |
| Defendants. | ) | |

### AGREED ORDER

**THIS MATTER COMING BEFORE** the Court on Barat Woods LLC's Motion for Leave to Present Agreed Order, and the court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1. Barat Woods LLC's Motion for Leave to Present Agreed Order is entered.

2. Barat Woods LLC's is given until July 18, 2008 to answer or otherwise plead to Plaintiff's Complaint.

Dated: _____

ENTERED:

_____

| BARAT WOODS, LLC, | BULLEY & ANDREWS, LLC, | J & L MANAGEMENT CORPORATION OF OHIO |
|---|---|---|
| By:   s/Donald L. Johnson | By:   s/John F. Etzkorn | By:   s/Robert A. Cohen |
| Donald L. Johnson | John F. Etzkorn | David A. Axelrod |
| Joseph T. Gentleman | Arnold & Kadjan | Robert A. Cohen |
| Julie A. Boynton | 19 West Jackson Blvd. | David A. Axelrod & |
| 33 North Dearborn Street | Suite 300 | Associates P.C. |
| Suite 1401 | Chicago, Illinois 60604 | 20 South Clark Street |
| Chicago, Illinois 60602 | (312) 236-0415 | Suite 2200 |
| (312) 263-7000 | | Chicago, Illinois 60603 |
| | | (312) 782-4600 |

**EXHIBIT 1**