# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 08 C 2016 ) |
| BARAT WOODS, LLC, et al., | ) Judge Lefkow ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:  David A. Axelrod            John F. Etzkorn
     Robert A. Cohen              Arnold & Kadjan
     David A. Axelrod & Associates P.C.   19 West Jackson Boulevard
     20 South Clark Street        Suite 300
     Suite 2200                   Chicago, Illinois 60604
     Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the **27th** day of **May 2008,** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Lefkow,** or any judge sitting in her stead, in **Room 1925**, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there present **AGREED MOTION FOR LEAVE TO PRESENT AN AGREED ORDER,** a copy of which is herewith served upon you.

By:    s/ Donald L. Johnson
       One of Its Attorneys

Donald L. Johnson (ARDC NO. 1342460)
Joseph T. Gentleman (ARDC No. 6244501)
Julie A. Boynton (ARDC NO. 6224529)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

### CERTIFICATE OF SERVICE

I hereby certify that on **May 21, 2008**, I caused to be electronically filed this **Notice** and **Agreed Motion for Leave to Present and Agreed Order** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the above attorneys.

s/ Liz Daleccio