# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

J & L Management Corporation of Ohio
             Plaintiff,

v.                    Case No.: 1:08−cv−02016
                   Honorable Joan H. Lefkow

Barat Woods, L.L.C., et al.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

  MINUTE entry before the Honorable Joan H. Lefkow:Pursuant to Notice of Withdrawal [24], plaintiff's motion to reconsider and vacate order [22] is withdrawn.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.