IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, an Ohio corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BARAT WOODS, L.L.C., an Illinois limited liability company, BULLEY & ANDREWS, L.L.C. an Illinois limited liability company, HARRIS N.A., a Delaware corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS,  )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants.  ) | No.   08 CV 2016<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on Tuesday, June 17, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before **The Honorable Joan Humphrey Lefkow,** or any judge sitting in her stead, in Courtroom 1925 of the United States District Court located at 219 S. Dearborn Street in Chicago, Illinois, and will then and there present **J & L MANAGEMENT CORPORATION OF OHIO'S MOTION FOR LEAVE TO ELECTRONICALLY FILE NOTICE OF LIS PENDENS**, a copy of which is attached hereto.

J & L MANAGEMENT CORPORATION
OF OHIO

By: /s/ Robert A. Cohen
   One of Its Attorneys

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600

**CERTIFICATE OF SERVICE**

      Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice was served on the herein listed attorneys by:

| | |
|---|---|
| Mr. Donald L. Johnson<br>Ms. Julie A. Boynton<br>Donald L. Johnson, P.C.<br><br>Mr. Joseph T. Gentleman<br>Joseph T. Gentleman & Associates<br>33 N. Dearborn Street, Suite 1401<br>Chicago, IL 60603<br>(312) 263-7000<br>(312) 263-3051 (Fax) | Mr. John F. Etzkorn<br>Arnold & Kadjan<br>19 W. Jackson Boulevard<br>Chicago, IL 60604<br>(312) 236-0415<br>(312) 341-0438 (Fax) |

____    Hand delivering same to the above attorneys at the above addresses;

**X**    Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

____    Transmitting same to the above attorneys via facsimile;

____    Submitting same via overnight courier; or

**X**    Serving same pursuant to Electronic Case Filing

on this **10TH** day of **June**, 2008.

                                                        By:  /s/ Robert A. Cohen

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600