**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, an Ohio corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BARAT WOODS, L.L.C., an Illinois limited liability company, BULLEY & ANDREWS, L.L.C. an Illinois limited liability company, HARRIS N.A., a Delaware corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS,<br><br>  Defendants. | No. 08 CV 2016<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Brown |

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned certifies that a copy of **LIS PENDENS NOTICE** was served on the herein listed attorneys by:

Mr. Donald L. Johnson
Ms. Julie A. Boynton
Donald L. Johnson, P.C.
_____
Mr. Joseph T. Gentleman
Joseph T. Gentleman & Associates
33 N. Dearborn Street, Suite 1401
Chicago, IL 60603
(312) 263-7000
(312) 263-3051 (Fax)

Mr. John F. Etzkorn
Arnold & Kadjan
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415
(312) 341-0438 (Fax)

____ Hand delivering same to the above attorneys at the above addresses;

**X** Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

____ Transmitting same to the above attorneys via facsimile;

____ Submitting same via overnight courier; or

**X** Serving same pursuant to Electronic Case Filing

on this  **18TH**  day of  **June** , 2008.

                 By: /s/ Robert A. Cohen

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600