IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 08 C 2016 |
| BARAT WOODS, LLC, et al., | ) ) | Judge Lefkow |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  David A. Axelrod            John F. Etzkorn
     Robert A. Cohen             Arnold & Kadjan
     David A. Axelrod & Associates P.C.   19 West Jackson Boulevard
     20 South Clark Street       Suite 300
     Suite 2200                  Chicago, Illinois 60604
     Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the **16th** day of **JULY 2008,** the undersigned filed by ECF with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division**, DEFENDANT BARAT WOODS, LLC's ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT,** a copy of which are herewith served upon you.

By:   s/Donald L. Johnson
      One of Its Attorneys

Donald L. Johnson (ARDC NO. 1342460)
Joseph T. Gentleman (ARDC No. 6244501)
Julie A. Boynton (ARDC NO. 6224529)
33 North Dearborn Street
Suite 1401
Chicago, Illinois 60602
(312) 263-7000

### CERTIFICATE OF SERVICE

Under penalties as provided by law, the undersigned certifies that the foregoing **Notice** and **DEFENDANT BARAT WOODS, LLC's ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT**, were caused to be electronically served with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the above attorneys on the **16th** day of **July 2008**.

s/Justin Daleccio