## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

J & L Management Corporation of Ohio

                                   Plaintiff,

v.                                             Case No.: 1:08−cv−02016
                                              Honorable Joan H. Lefkow

Barat Woods, L.L.C., et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 7/22/2008 and continued to 8/26/2008 at 10:00 AM. for parties to report on the possibility of settlement. Oral motion of defendant Bulley & Andrews, LLC to extend the time by which to file an answer to the complaint is granted to 8/26/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.