IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, an Ohio corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BARAT WOODS, L.L.C., an Illinois limited liability company, BULLEY & ANDREWS, L.L.C. an Illinois limited liability company, HARRIS N.A., a Delaware corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS,<br><br>    Defendants. | No.   08 CV 2016<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

To:   See attached Certificate of Service

**PLEASE TAKE NOTICE** that on Tuesday, September 2, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before **The Honorable Joan Humphrey Lefkow,** or any judge sitting in her stead, in Courtroom 1925 of the United States District Court located at 219 S. Dearborn Street in Chicago, Illinois, and will then and there present **J & L MANAGEMENT CORPORATION OF OHIO'S MOTION TO AMEND COMPLAINT**, a copy of which is attached hereto.

                                                           J & L MANAGEMENT CORPORATION
                                                           OF OHIO

                                                           /s/ Robert A. Cohen
                                By:_____
                                               One of Its Attorneys

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600

## **CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice was served on the herein listed attorneys by:

| | |
|---|---|
| Mr. Donald L. Johnson<br>Ms. Julie A. Boynton<br>Donald L. Johnson, P.C.<br><br>Mr. Joseph T. Gentleman<br>Joseph T. Gentleman & Associates<br>33 N. Dearborn Street, Suite 1401<br>Chicago, IL 60603<br>(312) 263-7000<br>(312) 263-3051 (Fax) | Mr. John F. Etzkorn<br>Arnold & Kadjan<br>19 W. Jackson Boulevard<br>Chicago, IL 60604<br>(312) 236-0415<br>(312) 341-0438 (Fax)<br><br>Harris, N.A.<br>c/o Linda L. Ochwat<br>111 W. Monroe Street<br>Chicago, IL 60603 |

____   Hand delivering same to the above attorneys at the above addresses;

**X**   Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid to ***Donald L. Johnson, Esq., Julie A. Boynton, Esq., John F. Etzkorn, Esq.,*** and ***Joseph T. Gentleman, Esq.*** and via Certified Mail, Return Receipt Requested, Article No. 7007-3020-0001-8572-3081, to ***Harris, N.A***;

____   Transmitting same to the above attorneys via facsimile;

____   Submitting same via overnight courier; or

**X**   Serving same pursuant to Electronic Case Filing

on this   **25**$^{TH}$   day of   **August**  , 2008.

By: _____/s/ Robert A. Cohen_____

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600