**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, an Ohio corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No.      08 CV 2016 |
| BARAT WOODS, L.L.C., an Illinois limited liability company, BULLEY & ANDREWS, L.L.C. an Illinois limited liability company, HARRIS N.A., a Delaware corporation, and UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS, | ) ) ) ) ) ) ) | Judge Joan Humphrey Lefkow Magistrate Judge Brown |
| Defendants. | ) | |

**NOTICE OF FILING**

To:     See attached Certificate of Service

On August 27, 2008, the undersigned filed with the Clerk of the Northern District Court of Illinois, Eastern Division, a copy of the attached Certificate of Service, evidencing service of the following: **J & L MANAGEMENT COPORATION OF OHIO'S AMENDED VERIFIED COMPLAINT TO FORECLOSE MECHANIC'S LIEN AND FOR OTHER RELIEF**, a copy of which is attached herewith.

J & L MANAGEMENT CORPORATION
OF OHIO

By:___/s/ Robert A. Cohen___
                One of Its Attorneys

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600

## <u>CERTIFICATE OF SERVICE</u>

Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice was served on the herein listed attorneys by:

Mr. Donald L. Johnson
Ms. Julie A. Boynton
Donald L. Johnson, P.C.
_____

Mr. Joseph T. Gentleman
Joseph T. Gentleman & Associates
33 N. Dearborn Street, Suite 1401
Chicago, IL 60603
(312) 263-7000
(312) 263-3051 (Fax)

Mr. Kendrick L. Scott
White Scott & White
21 N. Skokie Highway
Lake Bluff, IL 60044
(847) 234-6680
(847) 234-6712 (Fax)

Mr. John F. Etzkorn
Arnold & Kadjan
19 W. Jackson Boulevard
Chicago, IL 60604
(312) 236-0415
(312) 341-0438 (Fax)

Harris, N.A.
c/o Linda L. Ochwat
111 W. Monroe Street
Chicago, IL 60603

_____ Hand delivering same to the above attorneys at the above addresses;

 **X**  Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

_____ Transmitting same to the above attorneys via facsimile;

_____ Submitting same via overnight courier; or

 **X**  Serving same pursuant to Electronic Case Filing

on this _____**27**^**TH**_____ day of _____**August**_____, 2008.

By:_____
        /s/ Robert A. Cohen

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600