# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2016 | **DATE** | 8/26/2008 |
| **CASE TITLE** | J & L Management Corporation of Ohio vs. Barat Woods, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/7/2008 at 9:30 a.m. Plaintiff's motion to amend complaint [39] is granted as unopposed. Defendant to answer or otherwise plead by 9/23/2008. Parties are to prepare a proposed agreed scheduling order to present in court on 10/7/2008.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | MD |
|---|---|---|