IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, AN OHIO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BARAT WOODS, L.L.C., AN ILLINOIS LIMITED LIABILITY COMPANY, BULLEY & ANDREWS, L.L.C., AN ILLINOIS LIMITED LIABILITY COMPANY, HARRIS N.A., A DELAWARE CORPORATION, AND UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS,<br><br>Defendants. | No. 08 CV 2016<br>Judge Joan Humphrey Lefkow<br>Magistrate Judge Brown |

**HARRIS N.A.'S FEDERAL RULE 7.1
AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR 3.2 of the Local General Rules, Defendant Harris N.A. states as follows:

Harris National Association (d/b/a Harris N.A.) is a wholly owned subsidiary of Harris Bankcorp Inc., which is a wholly owned subsidiary of Harris Financial Corp., which is a wholly owned subsidiary of the Bank of Montreal ("*BOM*").  BOM is a publicly traded entity.

Dated: September 3, 2008

                                                Respectfully submitted,

                                                HARRIS N.A.

                                                By    /s/ Jeffrey G. Close
                                                              One of Its Attorneys

Jeffrey G. Close
Scott A. Lewis
Chapman & Cutler LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

2496057.01.05.doc