IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, AN OHIO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BARAT WOODS, L.L.C., AN ILLINOIS LIMITED LIABILITY COMPANY, BULLEY & ANDREWS, L.L.C., AN ILLINOIS LIMITED LIABILITY COMPANY, HARRIS N.A., A DELAWARE CORPORATION, AND UNKNOWN OWNERS, TRUSTEES, LENDERS, & LIEN CLAIMANTS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 08 CV 2016<br>)  Judge Joan Humphrey Lefkow<br>)  Magistrate Judge Brown<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF FILING

To:    See attached Certificate of Service

   PLEASE TAKE NOTICE that on Wednesday, September 3, 2008, we caused to be filed copies of the attached **Certificate of Service**, evidencing service of the **Appearance of Jeffrey G. Close on behalf of Harris N.A., Appearance of Scott A. Lewis on behalf of Harris N.A.,** and **Harris N.A.'s Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement**, copies of which are attached hereto.

                       Respectfully submitted,

                       HARRIS N.A.


                       By     /s/  Jeffrey G. Close                
                            One of Its Attorneys

Jeffrey G. Close
Scott A. Lewis
Chapman & Cutler LLP
111 West Monroe Street
Chicago, Illinois  60603
(312) 845-3000

2495809.01.06.doc

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a true and correct copies of the foregoing **Notice of Filing, Appearance of Jeffrey G. Close on behalf of Harris N.A.**, **Appearance of Scott A. Lewis on behalf of Harris N.A.**, and **Harris N.A.'s Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** to be served upon the following by placing the copies in the United States mail, first-class, postage pre-paid, before the close of business on September 3, 2008, at the addresses indicated below:

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois  60603
(312) 782-4600

Joseph T. Gentleman
Joseph T. Gentleman & Associates
33 N. Dearborn Street, Suite 1401
Chicago, Illinois  60603

Kendrick L. Scott
White Scott & White
21 N. Skokie Highway
Lake Bluff, Illinois  60044

John F. Etzkorn
Arnold & Kadjan
19 W. Jackson Boulevard
Chicago, Illinois  60604

Donald L. Johnson
Julie A. Boynton
Donald L. Johnson, P.C.
33 N. Dearborn Street, Suite 1401
Chicago, Illinois  60603

and serving the same pursuant to Electronic Case Filing on this 3rd day of September, 2008.

By   /s/  Jeffrey G. Close_____
Jeffrey G. Close

2495809.01.06.doc