IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| J & L MANAGEMENT CORPORATION OF OHIO, an Ohio corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BARAT WOODS, L.L.C., an Illinois limited )<br>liability company, BULLEY & ANDREWS, L.L.C. )<br>an Illinois limited liability company, HARRIS )<br>N.A., a Delaware corporation, and  )<br>UNKNOWN OWNERS, TRUSTEES,  )<br>LENDERS, & LIEN CLAIMANTS,  )<br>)<br>Defendants.  ) | No.    08 CV 2016<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Brown |

## NOTICE OF AMENDED MOTION

To:    See attached Certificate of Service

**PLEASE TAKE NOTICE** that on Tuesday, September 16, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before **The Honorable Joan Humphrey Lefkow,** or any judge sitting in her stead, in Courtroom 1925 of the United States District Court located at 219 S. Dearborn Street in Chicago, Illinois, and will then and there present **AMENDED UNCONTESTED MOTION TO FILE SECOND AMENDED COMPLAINT TO MAKE TECHNICAL CORRECTIONS AND TO ADD ALLEGATIONS OF LLC MEMBERS' CITIZENSHIP**, a copy of which is attached hereto.

J & L MANAGEMENT CORPORATION
OF OHIO


By: /s/ Robert A. Cohen
    One of Its Attorneys

David A. Axelrod
Robert A. Cohen
David A. Axelrod & Associates, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600

## **CERTIFICATE OF SERVICE**

Under penalties as provided by law pursuant to 28 U.S.C. § 1746 and under penalties of perjury, the undersigned, certifies that a copy of this notice was served on the herein listed attorneys by:

| | |
|---|---|
| Mr. Donald L. Johnson | Mr. John F. Etzkorn |
| Ms. Julie A. Boynton | Arnold & Kadjan |
| Donald L. Johnson, P.C. | 19 W. Jackson Boulevard |
| | Chicago, IL 60604 |
| Mr. Joseph T. Gentleman | (312) 236-0415 |
| Joseph T. Gentleman & Associates | (312) 341-0438 (Fax) |
| 33 N. Dearborn Street, Suite 1401 | |
| Chicago, IL 60603 | Mr. Jeffrey G. Close |
| (312) 263-7000 | Mr. Scott A. Lewis |
| (312) 263-3051 (Fax) | Chapman & Cutler, LLP |
| | 111 W. Monroe Street, 18th Floor |
| Mr. Kendrick L. Scott | Chicago, IL 60603 |
| White Scott & White | (312) 845-3000 |
| 21 N. Skokie Highway | (312) 701-2361 (Fax) |
| Lake Bluff, IL 60044 | |
| (847) 234-6680 | |
| (847) 234-6712 (Fax) | |

\_\_\_\_ Hand delivering same to their respective addresses;

**X** Depositing same in the U.S. Mail Depository at 20 South Clark Street, Chicago, Illinois with proper postage prepaid;

\_\_\_\_ Transmitting same via facsimile;

\_\_\_\_ Submitting same via overnight courier; or

**X** Serving same pursuant to Electronic Case Filing

on this **9TH** day of **September**, 2008.

By: /s/ Robert A. Cohen

DAVID A. AXELROD & ASSOCIATES, P.C.
20 S. Clark Street, Suite 2200
Chicago, Illinois 60603
(312) 782-4600